## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KELLY SYSTEMS, INC.,               :    No. 441 WAL 2018

          Respondent           :

                                           :    Petition for Allowance of Appeal from
                                           :    the Order of the Superior Court

       v.                              :

                                           :

LEONARD S. FIORE, INC.,           :

          Respondent           :

                                           :

       v.                              :

                                           :

OGP ARCHITECTS, LLP,             :

          Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of May, 2019, the Petition for Allowance of Appeal, the Application to Strike, and the Application for Leave to File Reply is **DENIED.**